IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIE INSURANCE COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. JKB-23-01144 |
| DERBY REAL ESTATE DEVELOPMENT, LLC, *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Pending before the Court are Plaintiff Erie Insurance Company's Motions for Default Judgment against Defendants W. Strong Contractor, LLC (ECF No. 30) and Segundo P. Palschizaca-Tenezaca (ECF No. 31).

The Clerk entered Orders of Default against both Defendants and their Co-Defendant, Derby Real Estate Development, LLC ("Derby"), for failure to plead or otherwise defend in this action on September 13, 2023. (ECF No. 19.) However, Derby has since filed an Answer to the Complaint (ECF No. 25), and the Order of Default against Derby was vacated on December 6, 2023. (ECF No. 29.) Courts in this Circuit generally do not enter a default judgment against co-defendants if there are outstanding claims against another co-defendant in the action, when—as here—those claims involve the same underlying facts or are otherwise closely interrelated. *Jefferson v. Briner, Inc.*, 461 F. Supp. 2d 430, 433–36 (E.D. Va. 2006) (citing *United States ex rel. Hudson v. Peerless Ins. Co.*, 374 F.2d 942 (4th Cir. 1967)). Thus, at this stage of the litigation, Plaintiff's Motions for Default Judgment are premature.

Accordingly, it is ORDERED that Plaintiff's Motions for Default Judgment (ECF Nos. 30, 31) are DENIED AS UNRIPE.

DATED this 20 day of February, 2024.

BY THE COURT:

James K. Bredar
Chief Judge